

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

August 28, 2024

VIA ECF
Hon. Paul A. Engelmayer
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007

24 Civ. 2993 (PAE)

Re: *Pouya Esghai v. U.S. Dep't of State, et al.,* No. ~~23 Civ. 2993 (PAE)~~

Dear Judge Engelmayer:

  This Office represents the government in this action in which Plaintiff seeks an order compelling the U.S. Department of State to adjudicate a visa application Plaintiff filed on behalf of his spouse. On behalf of the government, I write respectfully to request a one-week extension of the time to file the government's reply brief (*i.e.*, from August 30, 2024, until September 6, 2024).

  I respectfully request this extension because I have a court deadline in another matter that is also due this week, the deadline for which has been previously extended. As a result, I need additional time to finalize the government's brief and to confer with the U.S. Department of State. This is the government's first request for an extension in this matter. Plaintiff consents to this request.

  I thank the Court for its consideration of this request.

               Respectfully submitted,

               DAMIAN WILLIAMS
               United States Attorney

         By: /s/ *Leslie A. Ramirez-Fisher*
            LESLIE A. RAMIREZ-FISHER
            Assistant United States Attorney
            86 Chambers Street, 3rd Floor
            New York, New York 10007
            Telephone: (212) 637-0378
            E-mail: leslie.ramirez-fisher@usdoj.gov
            *Attorney for Defendants*

cc: Counsel of record (via ECF)

GRANTED.
SO ORDERED.

*/s/ Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: August 29, 2024
   New York, New York