**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
POUYA ESGHAI,

                  Plaintiff,
   -against-                                 24 **CIVIL** 2993 (PAE)

                                                         **JUDGMENT**

U.S. DEPARTMENT OF STATE, *et al*,

                  Defendants.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 12, 2024, the Court grants the State Department's motion and dismisses the Complaint.

**Dated:** New York, New York

      November 12, 2024

                                                         DANIEL ORTIZ
                                                 **Acting Clerk of Court**

                               **BY:**
                                                 _____
                                                         **Deputy Clerk**